IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Sharee L. Hiers, individually and as Personal Representative of the Estate of Richard Dean Sexton, <br><br> PLAINTIFF, <br><br> v. <br><br> Anthony Roberts, Matthew Crosby, Marquions Williams, Latrell Daniels, Karen Pinckney, Linus Wright, Michael Ganyer, Freddie Hamilton, Brutia Bradley, Brianca Epps, John Middleton, Peter Wilson, Katrena Sampson, Regina Morris, Robert Langdale, Gretcher Dunbar, Tomia Jones, Wendall Webster, Samuel Deloach, Kedeivera Price, H. Williams, Alicia Price, LPN, <br><br> DEFENDANTS | C/A No. 5:23-cv-02203-BHH-KDW <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE (ENDS CASE)** |

The above-entitled action was instituted by the Plaintiff against the Defendants, and the parties have subsequently reached an agreement.

NOW, THEREFORE, by stipulation, Michael D. Freeman of Griffith, Freeman & Liipfert, LLC, Attorneys for Defendants, Matthew Crosby, Latrell Daniels, Karen Pinckney, Linus Wright, Michael Ganyer, Freddie Hamilton, Brutia Bradley, Brianca Epps, John Middleton, Peter Wilson, Regina Morris, Robert Langdale, Gretchen Dunbar, Tomia Jones, Wendall Webster, Samuel Deloach, Kedeivera Price; C. Carter Elliott, Jr. of Elliott, Phelan & Kunz, LLC, Attorneys for the Plaintiff; Norma A.T. Jett and Alison D. Hood of Ness & Jett, LLC, Attorneys for Defendant Katrena Sampson; and Amelia S. Waring and James G. Long, III of Maynard Nexsen PC, Attorneys for Defendants Alicia Price, LPN, and Henry Williams, LPN;

IT IS STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action is hereby dismissed with prejudice and forever ended.

- 1 -

WE SO STIPULATE:
GRIFFITH, FREEMAN & LIIPFERT, LLC

___*s/Michael D. Freeman*_____
Michael D. Freeman (Fed. ID #9402)
PO Box 570
Beaufort, SC 29902
(843) 521-4242
mfreeman@griffithfreeman.com

*Attorneys for Matthew Crosby, Latrell Daniels, Karen Pinckney, Linus Wright, Michael Ganyer, Freddie Hamilton, Brutia Bradley, Brianca Epps, John Middleton, Peter Wilson, Regina Morris, Robert Langdale, Gretchen Dunbar, Tomia Jones, Wendall Webster, Samuel Deloach, Kedeivera Price*

WE SO STIPULATE:
ELLIOTT, PHELAN & KUNZ, LLC

___*s/C. Carter Elliott, Jr.*_____
C. Carter Elliott, Jr. (#12954)
Elliott & Phelan, LLC
PO Box 1405
Georgetown, SC 29442
(843) 546-0650
carter@elliottphelanlaw.com
 –and–
Justin T. Bamberg (#100337)
Bamberg Legal, LLC
104 Bridge St.
Bamberg, SC 29003
jbamberg@bamberglegal.com

*Attorney for Plaintiff*

NESS & JET, LLC

___*s/Norma A. T. Jett*_____
Norma A. T. Jett (#5101)
Alison Dennis Hood (#11078)
NESS & JETT, LLC
Post Office Box 909
Bamberg, SC 29003
 (803)245-5178
normajett@gmail.com

*Attorney for Defendant, Katrena Sampson*

___*s/James G. Long, III*_____
James G. Long, III, Fed ID No. 5877
Amelia S. Waring, Fed ID No. 13327
MAYNARD NEXSEN PC
1230 Main Street, Suite 700 (29201)
Post Office Box 2426
Columbia, South Carolina 29202
803.771.8900
JLong@maynardnexsen.com
AWaring@maynardnexsen.com

*Attorneys for Defendant Alicia Price, LPN, Henry Williams, LPN*

**The e-filer hereby certifies that he/she has obtained the required consent from Counsel of Record to e-file this document.**

- 2 -